UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:  CINDY BREWER

CINDY BREWER,

       Appellant,

v.                                           Case No:  2:17-cv-94-FtM-38

LAGO VILLAGGIO HOMEOWNERS
ASSOCIATION, INC,

       Appellee.
                                             /

**OPINION AND ORDER**[1]

This matter comes before the Court on Appellee Lago Villaggio Homeowners Association, Inc.'s Motion for Attorney's Fees on Appeal.  (Doc. 18).  Appellant Cindy Brewer has not filed a response, and the time to do so has expired.  This matter thus is ripe for review.

This is a pending bankruptcy appeal.  Lago Villaggio moves for attorney's fees now "in an abundance of caution because none of the governing [bankruptcy] rules clearly state when appellate-fee motions should be filed."  (Doc. 18).  Lago Villaggio acknowledges that it is risking prematurity over untimeliness.  It also generally cites the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

difference between when to file a motion for attorney's fees in federal versus state court for non-bankruptcy appeals. (Doc. 18 at 2 (*comparing* 11th Cir. R. 39-2(a) *with* Fla. R. App. P. 9.400(b)).

As the appeal has not yet been resolved, Lago Villaggio's motion for attorney's fees is premature. The matter of attorney's fees is best addressed after the appeal is resolved. *See* F. Bankr. P. 7054 (referring to Fed. R. Civ. P. 54(d)(2)); *see also* Fed. R. App. P. 6 (stating that an appeal from a final judgment in bankruptcy proceedings is taken as any other civil appeal); 11th Cir. R. 39-2 (stating "an application for attorney's fees must be filed with the clerk within 14 days after entry of an order disposing of a timely petition for rehearing or denying a timely petition for rehearing *en banc*, whichever is later.").

Accordingly, it is now

**ORDERED:**

Appellee Lago Villaggio Homeowners Association, Inc.'s Motion for Attorney's Fees on Appeal (Doc. 18) is **DENIED without prejudice**. Lago Villaggio may renew its motion if the appeal is resolved in its favor.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of July 2017.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record